UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FLETCHER H. HYLER, et al., | ) | |
| Plaintiff(s), | ) | No. C 06-6805 BZ |
| v. | ) | **ORDER TO SHOW CAUSE AND ORDER CONTINUING STATUS CONFERENCE** |
| BEARINGPOINT, INC., | ) | |
| Defendant(s). | ) | |

**IT IS HEREBY ORDERED** that counsel for plaintiff shall in writing by **April 30, 2007** show cause why they should not be held in contempt or otherwise sanctioned for violation of this Court's Order filed March 12, 2007.  In particular, plaintiff's counsel failed to attend the status conference set for April 16, 2007 and failed to return my Deputy Clerk's phone call placed while on the record.

**IT IS FURTHER ORDERED** that a hearing on the Order To Show Cause is scheduled for **Monday, May 7, 2007 at 4:00 p.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102 and that the April 16,

1

2007 status conference is continued to **Monday, May 7, 2007 at 4:00 p.m.**, to follow the hearing on the Order To Show Cause.

Dated: April 17, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\HYLER\OCS AND ORD CONT STAT CONF.wpd