UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FLETCHER H. HYLER, et al., | ) | |
| Plaintiff(s), | ) | No. C 06-6805 BZ |
| v. | ) | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| BEARINGPOINT, INC., | ) | |
| Defendant(s). | ) | |

In light of plaintiffs' counsel's declaration and further representations at hearing, **IT IS ORDERED** that my Order to Show Cause issued on April 17, 2007 is **DISCHARGED**.

Dated: May 8, 2007

*Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\HYLER\DISCHARGE OCS.wpd

1