UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLETCHER H. HYLER, et al., | |
| Plaintiff(s), | No. C 06-6805 BZ |
| v. | **SECOND ORDER CONTINUING STATUS CONFERENCE** |
| BEARINGPOINT, INC., | |
| Defendant(s). | |

**IT IS ORDERED** that the May 7, 2007 status conference is continued to **Monday, June 4, 2007 at 4:00 p.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Plaintiffs are **ORDERED** to appear personally or through counsel. **IT IS FURTHER ORDERED** that by **May 29, 2007**, plaintiff shall file a supplemental case management statement including, *inter alia*, a proposed trial schedule. **IT IS FURTHER ORDERED** that the parties are relieved from attending the mediation session scheduled for May 30, 2007. Defendant shall inform the ADR Department of this order and attempt to reschedule the mediation to be held on or around **June 29, 2007**.

Dated: May 8, 2007

　　　　　　　　　　　　　　　　　　　/s/ Bernard Zimmerman
　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1

1 | G:\BZALL\-BZCASES\HYLER\Second.Ord.Cont.Conf.wpd