UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FLETCHER H. HYLER, et al., | ) | |
| Plaintiff(s), | ) | No. C 06-6805 BZ |
| v. | ) | **ORDER TO SHOW CAUSE** |
| BEARINGPOINT, INC., | ) | |
| Defendant(s). | ) | |

    Plaintiffs failed to appear for a status conference scheduled for April 16, 2007.  I thereafter ordered plaintiffs to show cause why counsel should not be held in contempt for failure to attend the conference as ordered.  Following a May 7, 2007 conference at which plaintiffs' counsel presented a request to substitute Mr. Hyler in as counsel, I discharged my Order To Show Cause and ordered plaintiffs to file a supplemental case management statement by May 29 and to attend, either personally or through counsel, a status conference on June 4, 2007.  Plaintiffs did not appear at the June 4, 2007 conference.  Nor did plaintiffs file a case management statement.

Based on the foregoing, **IT IS HEREBY ORDERED** that plaintiffs will show cause in writing by **Wednesday, June 20, 2007** why they should not be held in contempt of court or other sanctions imposed for failing to obey court orders and why their case should not be dismissed for failure to prosecute under Fed. R. Civ. P. 41(b).

**IT IS FURTHER ORDERED** that a hearing on the Order To Show Cause is scheduled for **Monday, June 25, 2007 at 4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California, 94102.

Dated: June 6, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\HYLER\ORDERTOSHOWCAUSE.RM.wpd

2