UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLETCHER H. HYLER, et al., )<br>)<br>Plaintiff(s), )<br>)<br>v. )<br>)<br>BEARINGPOINT, INC., )<br>)<br>Defendant(s). )<br>_____) | No. C 06-6805 BZ<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

In light of plaintiff's representations in writing and at hearing, **IT IS ORDERED** that my Order to Show Cause issued on June 6, 2007 is **DISCHARGED** without prejudice to any motion for sanctions the defendant may wish to file.

Dated: June 26, 2007

*/s/ Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\HYLER\DICHARGE OSC JUNE 2007.wpd

1