UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLETCHER H. HYLER, et al., ) | |
| ) | |
| Plaintiff(s), ) | No. C 06-6805 BZ |
| ) | |
| v. ) | |
| ) | **ORDER CONTINUING CASE** |
| BEARINGPOINT, INC., ) | **MANAGEMENT CONFERENCE** |
| ) | |
| Defendant(s). ) | |

On June 25, 2007, I held a hearing on my June 6, 2007 Order to Show Cause.  Defendant was present, represented by counsel.  Plaintiff, Mr. Hyler, was present and accompanied by his former counsel.  The plaintiffs having yet to secure counsel, **IT IS ORDERED** as follows:

   1.  The case management conference is **CONTINUED** to **July 30, 2007 at 4:00 p.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

   2.  The parties shall file a joint case management statement by **July 23, 2007.**  The statement shall include a proposed pretrial schedule.

1

3.  By **July 30**, the parties are to have agreed on a new date for mediation and will inform the Court of this date at the case management conference.

4.  The current ADR completion date is **VACATED**.  The parties shall complete the ADR process by August 31, 2007.

Dated: June 26, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\HYLER\CONTINUING CASE MANAGEMENT CONFERENCE JUNE 2007.wpd