UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FLETCHER H. HYLER, et al., | ) | |
| Plaintiff(s), | ) | No. C 06-6805 BZ |
| v. | ) | **ORDER AMENDING COURT TRIAL AND PRETRIAL ORDER** |
| BEARINGPOINT, INC., | ) | |
| Defendant(s). | ) | |

Following the January 25, 2008 Status Conference, **IT IS HEREBY ORDERED** that my Order Scheduling Court Trial and Pretrial Matters is **AMENDED** as follows:

Trial Date: **Monday, Monday, September 22, 2008, 7 days**

Pretrial Conference: **Tuesday, 9/2/2008, 4:00 p.m.**

Last Day to Hear Dispositive Motions: **Wednesday, 7/16/2008**

Last Day for Expert Discovery: **Friday, 6/6/2008**

Last Day for Expert Disclosure: **Friday, 5/30/2008**

Close of Non-expert Discovery: **Friday, 5/23/2008**

If plaintiffs do not amend the complaint by stipulation by **February 8, 2008**, defendant may file its motion for judgment on the pleadings to be heard on **April 2, 2008.**

1

The parties are **ORDERED** to contact the assigned mediator to schedule a mediation to be completed by **March 31, 2008,** if possible.

Dated: February 1, 2008

_____
Bernard Zimmerman
United States Magistrate Judge