

# LITTLER MENDELSON®
### A PROFESSIONAL CORPORATION

February 25, 2008

Michelle B. Heverly
Direct: 408.795.3406
Direct Fax: 408.288.5686
mheverly@littler.com

**VIA MAIL AND E-FILING**

Hon. Bernard Zimmerman
United States Magistrate Judge
450 Golden Gate Avenue, 15th Floor, Courtroom G
San Francisco, CA 94102

Re: Hyler et al v. BearingPoint, Inc. Case No. C 06-06805 CW

Dear Judge Zimmerman:

We are in receipt of your Order Amending Court Trial and Pre-trial Order, dated February 7, 2008. I am concerned about the brevity of time between the last date for expert disclosure, May 30, 2008 and the last date for expert discovery, a week later, of June 6, 2008. We would like to request an amended date for the close of all expert discovery to allow sufficient time for supplemental expert disclosure and expert depositions. We would like to suggest June 19, 2008 for disclosure of supplemental expert witnesses and July 21, 2008 for the close of expert witness discovery. Please advise us if these dates will work for the court. Thank you for your attention to this matter.

Sincerely,

*Michelle Heverly*

Michelle B. Heverly
Counsel for Defendant BearingPoint, Inc.

cc: John Huster, Esq.
Huster Law Group
309 4th Ave., Suite 200
San Francisco, CA 94118
Fax: (415) 221-3339
Counsel for Plaintiffs Fletcher Hyler and F. H. Hyler Consulting, LLC

**DENIED**
*Judge Bernard Zimmerman*

THE PROPOSED SCHEDULE WOULD JEOPORDIZE THE TRIAL DATE. THE PARTIES ARE FREE TO AGREE TO AN EARLIER SCHEDULE.

ALABAMA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DISTRICT OF COLUMBIA
FLORIDA
GEORGIA
ILLINOIS
INDIANA
MASSACHUSETTS
MINNESOTA
MISSOURI
NEVADA
NEW JERSEY
NEW YORK
NORTH CAROLINA
OHIO
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TEXAS
VIRGINIA
WASHINGTON

Firmwide:84378547.1 052466.1005

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM℠
50 West San Fernando Street, 15th Floor, San Jose, California 95113 Tel: 408.998.4150 Fax: 408.288.5686 www.littler.com