UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FLETCHER H. HYLER, et al., | ) | |
| Plaintiff(s), | ) | No. C06-6805 BZ |
| v. | ) | |
| BEARINGPOINT, INC., | ) | **ORDER GRANTING MOTION TO DISMISS** |
| Defendant(s). | ) | |

On March 19, 2008, the court issued a tentative ruling granting defendant's unopposed motion to dismiss certain causes of action. Neither party has requested a hearing pursuant to the tentative ruling and plaintiff has still not filed an opposition. Accordingly, the tentative ruling will become final. Defendant's motion to dismiss plaintiffs' fourth, sixth, seventh and eighth causes of action is **GRANTED** as unopposed.

Dated: March 26, 2008

*Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\HYLER\ORDER FINALIZING TENTATIVE RULING.wpd

1