```
The Huster Law Group
John K. Huster (State Bar No. 175565)
309 Fourth Avenue, #200
San Francisco, CA 94118-2405
(415) 221-5490
(415) 221-3339/fax

Attorneys for Plaintiffs,
Fletcher H. Hyler and
F.H. Hyler Consulting, LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FLETCHER H. HYLER and F.H. HYLER CONSULTING, LLC.,<br>Plaintiffs,<br>v.<br>BEARINGPOINT, INC. and DOES 1 through 50,<br>Defendants. | Case No. C 06-06805 BZ<br><br>**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Fletcher H. Hyler and F.H. Hyler Consulting and Defendant BearingPoint, Inc., that this action shall be dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1) with each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| DATED: May 1, 2008 | Respectfully submitted,<br>THE HUSTER LAW GROUP<br><br>*/s/ John K. Huster*<br>John K. Huster, Attorney for Plaintiffs |
| Dated: May 1, 2008 | LITTLER MENDELSON<br><br>A Professional Corporation<br><br>By: */s/ Michelle B. Heverly*<br>MICHELLE B. HEVERLY<br>Attorneys for Defendant<br>BEARINGPOINT, INC. |

IT IS SO ORDERED.

Dated: ~~May~~ June 5, 2008

By: */s/ Bernard Zimmerman*
Honorable Bernard Zimmerman
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF
CALIFORNIA

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA